JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

**FILED**

DEC 1 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-1049 JF |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER SETTING STATUS CONFERENCE FOR JANUARY 20, 2010 AND EXCLUDING TIME FROM DECEMBER 17, 2009 THROUGH JANUARY 20, 2010 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| v. | |
| KHALID SHAIKH, | |
| Defendant. | |

On December 17, 2009, defendant Khalid Shaikh made his initial appearance before

Magistrate Judge Howard R. Lloyd. Steven Gruel, Esq., appeared on behalf of the defendant.

Assistant United States Attorney Hanley Chew appeared for the government. Magistrate Judge

Lloyd ordered the parties to appear before the Honorable Jeremy Fogel on January 20, 2010 at

9:00 a.m. for a status conference in this matter.

The parties request that the Court enter this order documenting the exclusion of time from

calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from December 17, 2009 through

January 20, 2010. The parties, including the defendant, stipulate as follows:

1.      The defendant understands and agrees to the exclusion of time from calculations under

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

the Speedy Trial Act, 18 U.S.C. § 3161, from December 17, 2009 through January 20, 2010, based upon the need for the defense counsel to investigate further the facts of the present case. The government has already provided discovery and defense counsel needs additional time to review the discovery, evaluate further possible defenses and motions available to the defendant. The government will provide additional discovery.

2.      The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from December 17, 2009 through January 20, 2010.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from December 17, 2009 through January 20, 2010, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 12/17/09

STEVEN GRUEL

DATED: 12/17/09

HANLEY CHEW
Assistant United States Attorney

### [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from December 17, 2009 through January 20, 2010 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

1  government has already provided and evaluate further possible defenses and motions available to

2  the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and

3  is in the defendant's best interests; and (3) the ends of justice are served by excluding from

4  calculations the period from December 17, 2009 through January 20, 2010.

5       Accordingly, the Court further orders that (i) defendant's next appearance is scheduled

6  for January 20, 2010 at 9:30 a.m. before the Honorable Jeremy Fogel; and (ii) the time from

7  December 17, 2009 through January 20, 2010 is excluded from time calculations under the

8  Speedy Trial Act, 18 U.S.C. § 3161.

9  IT IS SO ORDERED.

10

11  DATED:  12|17|09

12                                 THE HONORABLE HOWARD R. LLOYD
                               United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF