JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 09-1049 JF |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER SETTING STATUS CONFERENCE FOR MARCH 31, 2010 AND EXCLUDING TIME FROM JANUARY 20, 2010 THROUGH MARCH 31, 2010 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |
| KHALID SHAIKH, | ) |
| Defendant. | ) |

The parties hereby request that the Court enter this order excluding time from January 20, 2010 through March 31, 2010. The parties, including the defendant, stipulate as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from January 20, 2010 through March 31, 2010 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate. The government has produced discovery in this case and the defense counsel and defendant require additional time to review and analyze this discovery. A status conference will not being meaningful until after defendant and defense counsel has had an opportunity to complete their investigation. Moreover, defense

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

1. counsel will be in trial in February 2010 and will need time to prepare for this trial.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; continuity of defense counsel; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from January 20, 2010 through March 31, 2010.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from January 20, 2010 through March 31, 2010 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 1/20/10

_____
STEVEN GRUEL

DATED: 1/20/10

_____
HANLEY CHEW
Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 20, 2010 through March 31, 2010 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense, continuity of defense counsel and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from January 20, 2010 through March 31, 2010.

Accordingly, the Court further orders that (i) defendant's next appearance is scheduled for March 31, 2010 at 9:30 a.m. before the Honorable Jeremy Fogel; and (ii) the time from

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

1  January 20, 2010 through March 31, 2010 is excluded from time calculations under the Speedy
2  Trial Act, 18 U.S.C. § 3161.
3
4  IT IS SO ORDERED.
5
6  DATED: __1-20-10__                            _____
7                                                THE HONORABLE JEREMY FOGEL
                                                  United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF