JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>KHALID SHAIKH,  )<br>  )<br>      Defendant.  )<br>  )<br>_____  ) | No. CR 09-1049 JF<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING STATUS CONFERENCE FOR AUGUST 18, 2010 AND EXCLUDING TIME FROM MARCH 31, 2010 THROUGH AUGUST 18, 2010 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

     The parties hereby request that the Court enter this order excluding time from March 31, 2010 through August 18, 2010. The parties, including the defendant, stipulate as follows:

1.     The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from March 31, 2010 through August 18, 2010 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate. The government has produced discovery in this case and the defense counsel and defendant require additional time to review and analyze this discovery. A status conference will not being meaningful until after defendant and defense counsel has had an opportunity to complete their investigation. In addition, counsel

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

1. for both parties will be unavailable because of trials and other matters. Defense counsel will be beginning a civil trial before Judge James Ware and will be unavailable for several weeks in June and July. Government counsel is unavailable on March 31, 2010 and will be in a month-long trial beginning on April 20, 2010.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; continuity of defense counsel; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from March 31, 2010 through August 18, 2010.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from March 31, 2010 through August 18, 2010 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 3/14/10                    /s/ Steven Gruel
                                  STEVEN GRUEL

DATED: 3/14/10                    /s/ Hanley Chew
                                  HANLEY CHEW
                                  Assistant United States Attorney

### [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from March 31, 2010 through August 18, 2010 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense, continuity of defense counsel and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from March 31, 2010 through August 18,

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

1  2010.

2       Accordingly, the Court further orders that (i) defendant's next appearance is scheduled
3  for August 18, 2010 at 9:00 a.m. before the Honorable Jeremy Fogel; and (ii) the time from
4  March 31, 2010 through August 18, 2010 is excluded from time calculations under the Speedy
5  Trial Act, 18 U.S.C. § 3161.

6  
7  IT IS SO ORDERED.

8  DATED: 3/26/10
9                                                THE HONORABLE JEREMY FOGEL
                                              United States District Court Judge

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF