MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-1049 JF |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER SETTING STATUS CONFERENCE FOR DECEMBER 9, 2010 AND EXCLUDING TIME FROM OCTOBER 21, 2010 THROUGH DECEMBER 9, 2010 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| v. | ) ) | |
| KHALID SHAIKH, | ) ) | |
| Defendant. | ) ) ) | |

The parties hereby request that the Court enter this order excluding time from October 21, 2010 through December 9, 2010. The parties, including the defendant, stipulate as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from October 21, 2010 through December 9, 2010 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate. The government has produced discovery in this case and the defense counsel and defendant require additional time to review and analyze this discovery. A status conference will not being meaningful until after defendant and defense counsel have had an opportunity to complete their investigation. Defense counsel

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

has been, and is still, working on a multi-defendant appeal before the Ninth Circuit and will be busy handling other criminal matters until December 9, 2010.  Moreover, because of defense counsel's schedule, defense counsel and government counsel have been unable to meet but are planning to meet in November 2010 to discuss potential resolutions of this case.

2.      The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; continuity of defense counsel; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from October 21, 2010 through December 9, 2010.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from October 21, 2010 through December 9, 2010 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: October 1, 2010          /s/ Steven Gruel
                                STEVEN GRUEL

DATED: October 1, 2010          /s/ Hanley Chew
                                HANLEY CHEW
                                Assistant United States Attorney

### [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, October 21, 2010 through December 9, 2010 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense, continuity of defense counsel and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period October 21, 2010 through December 9,

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

1  2010

2    Accordingly, the Court further orders that (i) the status conference for October 21, 2010
3  is vacated;(ii) defendant's next appearance is scheduled for December 9, 2010 at 9:00 a.m.
4  before the Honorable Jeremy Fogel; and (iii) the time from October 21, 2010 through December
5  9, 2010 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

6  IT IS SO ORDERED.

8  DATED: 10/5/10

9                 THE HONORABLE JEREMY FOGEL
               United States District Court Judge

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF