MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-1049 JF |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER SETTING STATUS** |
| v. ) | **CONFERENCE FOR JANUARY 20,** |
| ) | **20111 AND EXCLUDING TIME FROM** |
| KHALID SHAIKH, ) | **DECEMBER 9, 2010 THROUGH** |
| ) | **JANUARY 20, 2011 FROM** |
| ) | **CALCULATIONS UNDER THE** |
| Defendant. ) | **SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| ) | |
| _____ ) | |

    The parties hereby request that the Court enter this order excluding time from December 9, 2010 through January 20, 2011.  The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from December 9, 2010 through January 20, 2011 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate.  The government has produced discovery in this case and the defense counsel and defendant require additional time to review and analyze this discovery.  A status conference will not being meaningful until after defendant and defense counsel have had an opportunity to complete their investigation.  On November 10,

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

2010, the Ninth Circuit ordered defense counsel to modify the opening appellate brief filed on behalf of his client in the case of United States v. Pellicano, No. 08-50570, by early December 2010.  Defense counsel will also be unavailable for a time because of the pending holidays in November, December and January 2010.  Moreover, because of defense counsel's schedule, defense counsel and government counsel have been unable to meet but are planning to meet prior to the January 20, 2011 status conference to discuss potential resolutions of this case.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; continuity of defense counsel; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from December 9, 2010 through January 20, 2011.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from December 9, 2010 through January 20, 2011 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: November 15, 2010              /s/ Steven Gruel
                                      STEVEN GRUEL

DATED: November 12, 2010              /s/ Hanley Chew
                                      HANLEY CHEW
                                      Assistant United States Attorney

### [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, December 9, 2010 through January 20, 2011 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense,

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

1  continuity of defense counsel and is in the defendant's best interests; and (3) the ends of justice
2  are served by excluding from calculations the period December 9, 2010 through January 20,
3  2011.
4        Accordingly, the Court further orders that (i) the status conference for December 9, 2010
5  is vacated;(ii) defendant's next appearance is scheduled for January 20, 2011 at 9:00 a.m. before
6  the Honorable Jeremy Fogel; and (iii) the time from December 9, 2010 through January 20, 2011
7  is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 11/30/10                    /s/
                                          THE HONORABLE JEREMY FOGEL
                                          United States District Court Judge