MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-1049 JF |
| Plaintiff, ) ) | **STIPULATION AND [PROPOSED] ORDER SETTING STATUS CONFERENCE FOR MARCH 3, 2011 AND EXCLUDING TIME FROM JANUARY 20, 2011 THROUGH MARCH 3, 2011 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| v. ) ) KHALID SHAIKH, ) ) Defendant. ) ) | |

     The parties hereby request that the Court enter this order excluding time from January 20, 2011 through March 3, 2011. The parties, including the defendant, stipulate as follows:

1.     The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from January 20, 2011 through March 3, 2011 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate. The government has produced discovery in this case and the defense counsel and defendant require additional time to review and analyze this discovery. In addition, the government has presented defendant and defense counsel with a plea agreement to resolve this case. Defendant and defense counsel also need

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

1  additional time to review the terms of the plea agreement and consult with an immigration
2  attorney concerning the immigration consequences of the proposed resolution.  A status
3  conference will not being meaningful until after defendant and defense counsel have had an
4  opportunity to complete their investigation and consult with their immigration attorney
5  concerning the potential immigration consequences of the proposed disposition of this case.
6  2.      The attorney for defendant joins in the request to exclude time under the Speedy Trial
7  Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for
8  effective preparation of the defense; believes the exclusion is in the defendant's best interests;
9  and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for
10 the period from January 20, 2011 through March 3, 2011.
11         Given these circumstances, the parties believe, and request that the Court find, that the
12 ends of justice are served by excluding from calculations the period from January 20, 2011
13 through March 3, 2011 outweigh the best interests of the public and the defendant in a speedy
14 trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
15 IT IS SO STIPULATED.

DATED: January 12, 2010          /s/ Steven Gruel
                                 STEVEN GRUEL

DATED: January 12, 2010          /s/ Hanley Chew
                                 HANLEY CHEW
                                 Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, January 20, 2011 through March 3, 2011 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense, continuity of defense counsel and is in the defendant's best interests; and (3) the ends of justice

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

1 are served by excluding from calculations the period January 20, 2011 through March 3, 2011.

2       Accordingly, the Court further orders that (i) the status conference for January 20, 2011
3 is vacated;(ii) defendant's next appearance is scheduled for March 3, 2011 at 9:00 a.m. before
4 the Honorable Jeremy Fogel; and (iii) the time from January 20, 2011 through March 3, 2011 is
5 excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 1/19/11

THE HONORABLE JEREMY FOGEL
United States District Court Judge

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF