MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KHALID SHAIKH, <br><br> Defendant. | No. CR 09-1049 JF <br><br> STIPULATION AND [PROPOSED] ORDER SETTING STATUS CONFERENCE FOR APRIL 28, 2011 AND EXCLUDING TIME FROM MARCH 3, 2011 THROUGH APRIL 28, 2011 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

    The parties hereby request that the Court enter this order excluding time from March 3, 2011 through April 28, 2011. The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from March 3, 2011 through April 28, 2011 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate. The government has produced discovery in this case and the defense counsel and defendant require additional time to review and analyze this discovery. In addition, the government has presented defendant and defense counsel with a plea agreement to resolve this case. Defendant and defense counsel need

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

additional time to review the terms of the plea agreement. A status conference will not being meaningful until after defendant and defense counsel have had an opportunity to complete their investigation and review of the proposed disposition of this case.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from March 3, 2011 through April 28, 2011.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from March 3, 2011 through April 28, 2011 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: March 3, 2011

STEVEN GRUEL

DATED: March 3, 2011

HANLEY CHEW
Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, March 3, 2011 through April 28, 2011 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense, continuity of defense counsel and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period March 3, 2011 through April 28, 2011.

Accordingly, the Court further orders that (i) defendant's next appearance is scheduled

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

1 | for April 28, 2011 at 9:00 a.m. before the Honorable Jeremy Fogel; and (ii) the time from March
2 | 3, 2011 through April 28, 2011 is excluded from time calculations under the Speedy Trial Act,
3 | 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 3-3-11

THE HONORABLE JEREMY FOGEL
United States District Court Judge

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF