STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Khalid Shaikh

**FILED**

APR 2 9 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>KHALID SHAIKH,<br><br>Defendant. | No. CR-09-1049-JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER PERMITING MODIFICATION OF<br>PRETRIAL CONDITIONS OF RELEASE TO<br>PERMIT RESIDENCE IN NEW JERSY FOR<br>WORK |

Defendant Khalid Shaikh, by and through his attorney, Steven F. Gruel, hereby requests that his conditions of pretrial release be modified to permit residing and working in New Jersey. This request is predicated on the fact that Mr. Shaikh has an immediate full time employment opportunity at Vonage located in Holmdel, New Jersey. Mr. Shaikh will stay with his brother at 850 Gates Avenue, Piscataway, New Jersey during this time.

STIPULATION AND [PROPOSED] ORDER PERMITING MODIFICATION
OF PRETRIAL CONDITIONS OF RELEASE

- 1

The government does not oppose and stipulates to this defense request. Further, Kenneth Gibson of Pretrial Services has been contacted and does not object to this modification to Mr. Shaikh's conditions of pretrial release.

SO STIPULATED:

DATED: 04/27/2011          /s/
                           STEVEN F. GRUEL
                           Attorney for Khalid Shaikh

DATED: 04/27/2011
                           /s/
                           HANLEY CHEW
                           Assistant United States Attorney

[~~PROPOSED~~] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendant Khalid Shaikh's pretrial release conditions are modified to permit residence for employment in New Jersey.

IT IS SO ORDERED.

DATED: 4/29/11             HONORABLE ~~JEROME FOGEL~~ Howard Lloyd
                           United States ~~District Court~~ Magistrate Judge

STIPULATION AND [PROPOSED] ORDER PERMITING MODIFICATION
OF PRETRIAL CONDITIONS OF RELEASE