MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-1049 JF |
|     Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER SETTING STATUS CONFERENCE FOR JUNE 9, 2011 AND EXCLUDING TIME FROM JUNE 9, 2011 THROUGH JUNE 23, 2011 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
|    v. | ) ) | |
| KHALID SHAIKH, | ) ) ) | |
|     Defendant. | ) ) ) | |

    The parties hereby request that the Court enter this order excluding time from June 9, 2011 through June 23, 2011. The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from June 9, 2011 through June 23, 2011 based upon the need for the defense counsel to investigate further the facts of the present case. The government has produced discovery in this case and the defense counsel and defendant require additional time to review and analyze this discovery. In addition, the government has presented defendant and defense counsel with a plea agreement to resolve this case. Defendant and defense counsel need additional time to review the terms of the plea agreement. A status

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

conference will not being meaningful until after defendant and defense counsel have had an opportunity to complete their investigation and review of the proposed disposition of this case. Moreover, defense counsel will unavailable on June 9, 2011 and June 23, 2011. With the additional time, the parties anticipate that defendant will change his plea of not guilty on June 23, 2011.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense and continuity of counsel; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from June 9, 2011 through June 23, 2011.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from June 9, 2011 through June 23, 2011 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 6/7/11    /s/ Steven Gruel
                 STEVEN GRUEL

DATED: 6/7/11    /s/ Hanley Chew
                 HANLEY CHEW
                 Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, June 9, 2011 through June 23, 2011 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense, continuity of defense counsel and is in the defendant's best interests; and (3) the ends of justice are served by

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF

1  excluding from calculations the period June 9, 2011 through June 23, 2011.

2  Accordingly, the Court further orders that (i) the June 9, 2011 status conference is
3  vacated; (ii) defendant's next appearance is scheduled for June 23, 2011 at 9:00 a.m. before the
4  Honorable Jeremy Fogel; and (iii) the time from June 9, 2011 through June 23, 2011 is excluded
5  from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

6  IT IS SO ORDERED.

8  DATED: 6/8/11

9  THE HONORABLE JEREMY FOGEL
   United States District Court Judge

STIP. & [PROPOSED] ORDER
U.S. v. SHAIKH, No. CR 09-1049 JF