STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Khalid Shaikh

**FILED**

JUN 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>Vs.<br><br>KHALID SHAIKH,<br><br>      Defendant. | No. CR-09-1049-JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER PERMITING MODIFICATION OF PRETRIAL CONDITIONS OF RELEASE TO PERMIT TRAVEL AND RESIDENCE IN THE UNITED STATES FOR EMPLOYMENT |

    Defendant Khalid Shaikh, by and through his attorney, Steven F. Gruel, hereby requests that his conditions of pretrial release be modified to permit travel and residence throughout the United States for employment purposes. This request is predicated on the fact that Mr. Shaikh has ongoing employment interviews, offers and opportunities which require travel and potential residence within the continental United States. In lieu of constantly modifying the conditions of pretrial release to comport with each travel or residence request, and after conferring with the United States Pretrial Service Officer handling this case, the request is to have this modification

STIPULATION AND [PROPOSED] ORDER PERMITING MODIFICATION
OF PRETRIAL CONDITIONS OF RELEASE

- 1

address all future employment opportunities and any residence associated with these employment opportunities provided that: (1) the pretrial service officer is given advance notice of these modifications; (2) the pretrial officer concurs with these modifications; and (3) the travel or residence is within the continental United States.

The government does not oppose and stipulates to this defense request. Further, Kenneth Gibson, the Pretrial Services Officer handling this case, has been contacted and does not object to these modifications to Mr. Shaikh's conditions of pretrial release.

SO STIPULATED:

DATED: 06/01/2011        /s/
                         STEVEN F. GRUEL
                         Attorney for Khalid Shaikh

DATED: 06/01/2011        /s/
                         HANLEY CHEW
                         Assistant United States Attorney

[~~PROPOSED~~] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendant Khalid Shaikh's pretrial release conditions are modified are stated above.

IT IS SO ORDERED.

DATED: 6/23/11           HONORABLE ~~JEROME FOGEL~~ Howard R. Lloyd
                         United States ~~District Court~~ Magistrate Judge

STIPULATION AND [PROPOSED] ORDER PERMITING MODIFICATION
OF PRETRIAL CONDITIONS OF RELEASE