STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Khalid Shaikh

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*
10/4/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    Vs.<br><br>KHALID SHAIKH,<br><br>            Defendant. | No. CR-09-1049-EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SEPTEMBER 29, 2011 SENTENCING DATE TO NOVEMBER 28, 2011<br><br>Honorable Edward J. Davila |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Hanley Chew, counsel for the Plaintiff, and Defendant Khalid Shaikh, by his Counsel, Steven F. Gruel, that the Sentencing Date currently scheduled for September 29, 2011, at 9:00 a.m., is continued to November 10, 2011 at 9:00 a.m., or as soon thereafter as is convenient for the Court.  The United States Probation Officer assigned to this case has been contacted and has no objection to this stipulation to continue the sentencing hearing to November 10, 2011.

*STIPULATION AND [PROPOSED] ORDER TO CONTINUE*
*THE SEPTEMBER 29, 2011, SENTENCING DATE*

The basis for this defense request is that counsel is still gathering information for Mr. Shaihk's sentencing hearing. Additionally, defense counsel has an ongoing federal criminal case in Madison, Wisconsin which requires his appearance in Wisconsin on September 29, 2011 in preparation of sentencing hearing. The defendant is in custody in that case. Here, Mr. Shaihk continues to be on pretrial release where he not only has obeyed on Court orders and made all Court appearances, but he continues to be gainfully employed and caring for the well being of his wife and child.

IT IS SO STIPULATED.

Dated: September 9, 2011         /s/
                                 STEVEN F. GRUEL
                                 Attorney for Khalid Shaikh

Dated: September 9, 2011         /s/
                                 HANLEY CHEW
                                 Attorney for United States of America

[PROPOSED] ORDER

The Sentencing hearing in the above matter is continued from September 29, 2011 to November 28, 2011 at 1:30 PM as modified by the Court.

IT IS SO ORDERED.

Dated: October 4, 2011           /s/ Edward J. Davila
                                 HONORABLE EDWARD J. DAVILA
                                 United States District Court Judge

*STIPULATION AND [PROPOSED] ORDER TO CONTINUE*
*THE SEPTEMBER 29, 2011, SENTENCING DATE*