STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Khalid Shaikh


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | )  No. CR-09-1049-EJD |
| | ) |
| Plaintiff, | )  STIPULATION AND [PROPOSED] ORDER |
| | )  TO CONTINUE THE FEBRUARY 6, 2012 |
| Vs. | )  SENTENCING DATE TO APRIL 30, 2012 |
| | ) |
| KHALID SHAIKH, | )  Honorable  Edward J. Davila |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney,

Hanley Chew, counsel for the Plaintiff, and Defendant Khalid Shaikh, by his Counsel, Steven F.

Gruel, that the Sentencing Date currently scheduled for February 6, 2012 at 1:30 p.m., is

continued to April 30, 2012 at 1:30 p.m., or as soon thereafter as is convenient for the Court.

The United States Probation Officer assigned to this case has been contacted and has no

objection to this stipulation to continue the sentencing hearing to April 30, 2012.


*STIPULATION AND [PROPOSED] ORDER TO CONTINUE*
*THE FEBRUARY 6, 2012, SENTENCING DATE*

The basis for this defense request is that defense counsel's Mother suffered a serious stroke several weeks ago. As a consequence, defense counsel traveled to his home state of Wisconsin and remains there to provide assistance to his Mother.  This absence from his law practice requires that several Court dates be rescheduled to allow for this family medical emergency. Moreover, the continuance is necessary, given defense counsel's family responsibility for his Mother, to have the time to file his sentencing memorandum pursuant to the time required under the District's Local Rules.

Mr. Shaihk continues to be on pretrial release where he not only has obeyed all Court orders and made all Court appearances, but he continues to be gainfully employed and caring for the well being of his wife and child.

IT IS SO STIPULATED.

Dated:  January 20, 2012          \_\_\_\_/s/_____
                                                    STEVEN F. GRUEL
                                                    Attorney for Khalid Shaikh


Dated:  January 20, 2012          \_\_\_/s/_____
                                                    HANLEY CHEW
                                                    Attorney for United States of America

*STIPULATION AND [PROPOSED] ORDER TO CONTINUE*
*THE FEBRUARY 6, 2012, SENTENCING DATE*

[PROPOSED] ORDER

Sentencing in the above matter is continued from February 6, 2012 at 1:30 p.m. to April 30, 2012 at 1:30 p.m. as stipulated above.

IT IS SO ORDERED.

Dated: 1/24/2012

HONORABLE EDWARD J. DAVILA
United States District Court Judge

*STIPULATION AND [PROPOSED] ORDER TO CONTINUE*
*THE FEBRUARY 6, 2012, SENTENCING DATE*