STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Khalid Shaikh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs.<br><br>KHALID SHAIKH,<br><br>    Defendant. | No. CR-09-1049-EJD<br><br>STIPULATION AND [PROPOSED] ORDER FOR UNITED STATES PRETRIAL SERVICES TO RELEASE DEFENDANT'S PASSPORT<br><br>Honorable Edward J. Davila |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Hanley Chew, counsel for the Plaintiff, and Defendant Khalid Shaikh, by his Counsel, Steven F. Gruel, that the United States Pretrial Services release defendant's passport to the defendant or his attorney, Steven F. Gruel.   On April 30, 2012, the defendant was sentenced in this case.  In that the prosecution of the case has been completed, there is no need for the United States Pretrial Services Officer to maintain custody of this passport.

*STIPULATION AND [PROPOSED] ORDER FOR
PRETRIAL SERVICES TO RELEASE DEFENDANT'S PASSPORT*

IT IS SO STIPULATED.

Dated: January 10, 2013      ___/s/_____
                             STEVEN F. GRUEL
                             Attorney for Khalid Shaikh

Dated: January 10, 2013      ___/s/_____
                             HANLEY CHEW
                             Attorney for United States of America

[XXXXXXXX] ORDER

PREDICATED on the above stipulation, the United States Pretrial Services Office is hereby ordered to release defendant's passport to defendant, or his attorney, Steven F. Gruel.

IT IS SO ORDERED.

Dated: 1/15/2013             _____
                             HONORABLE EDWARD J. DAVILA
                             United States District Court Judge

*STIPULATION AND [XXXXXXX] ORDER FOR*
*PRETRIAL SERVICES TO RELEASE DEFENDANT'S PASSPORT*